# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**SHARA COOK,**

        **Plaintiff,**

-vs-                        Case No.  3:24-CV-184

**NOVO NORDISK A/S, et al.,**

        **Defendants.**

## ORDER

Per Local Rule 82.1 (c) , IT IS ORDERED that the above captioned case be transferred to the Cincinnati Division of the United States District Court for the Southern District of Ohio, for reassignment to a Judge at that location.

**DONE** and **ORDERED** in Dayton, Ohio, this 26th day of June, 2024.

*s/Thomas M. Rose*

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT